UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
**D.R., et al.,** :
:
      **PLAINTIFFS,** :
: Civ. Action No. 07-1266 (JDB)
      **v.** :
:
**DISTRICT OF COLUMBIA,** :
:
      **DEFENDANT.** :
_____

## NOTICE OF APPEARANCE

Pursuant to Rule 83.6 of the Local Rules, I hereby enter my appearance as lead attorney for Defendant District of Columbia.

          Respectfully submitted,

          PETER J. NICKLES
          Interim Attorney General for the
            District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          */s/ Edward P. Taptich*_____
          EDWARD P. TAPTICH (012914)
          Section Chief
          Equity Section Two

          */s/ Veronica A. Porter*_____
          VERONICA A. PORTER (412273)
          Assistant Attorney General
          Civil Litigation Division
          Equity Section Two

2

441 Fourth Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**February 8, 2008**