UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DELORES ROBINSON,** for D.R., a minor, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT OF COLUMBIA,** et al., <br><br> Defendants. | Civil Action No. 07-1266 (JDB) |

## ORDER

Upon consideration of [2] defendants' motion for partial dismissal, the parties' memoranda, the applicable law, and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [2] defendants' motion for partial dismissal is **GRANTED**; it is further

**ORDERED** that plaintiffs' claim for relief under Section 504 of the Rehabilitation Act, 29 U.S.C. § 794, is **DISMISSED**; and it is further

**ORDERED** that plaintiffs' claim for relief under 42 U.S.C. § 1983 is **DISMISSED**.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:   February 26, 2008